1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ASHLEIGH R. KASPER, SB# 294963
2   E-Mail: Ashleigh.Kasper@lewisbrisbois.com
633 West 5th Street, Suite 4000
3 Los Angeles, California 90071
Telephone: 213.250.1800
4 Facsimile: 213.250.7900

5

**THOMPSON HINE LLP**
6 MEGAN S. GLOWACKI, (*Pro Hac Vice forthcoming*)
  E-Mail: Megan.Glowacki@ThompsonHine.com
7 ANTHONY P. McNAMARA, (*Pro Hac Vice forthcoming*)
  E-Mail: Anthony.McNamara@ThompsonHine.com
8 312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
9 Telephone: 513.352.6700
Facsimile: 513.241.4771

10

Attorneys for Defendants,
11 NOURYON SURFACE CHEMISTRY,
LLC, THE CARLYLE GROUP,
12 CHARLIE SHAVER, SUZANNE M.
CARROLL and BAHAR AZIMIPOUR

13

14
UNITED STATES DISTRICT COURT
15
SOUTHERN DISTRICT OF CALIFORNIA
16

17 | DENNIS CRIMMINS, | Case No. **'22CV58   BAS BLM**
18 |   Plaintiff, |
19 |   vs. | **DEFENDANT NOURYON SURFACE CHEMISTRY LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST**
20 | NOURYON SURFACE CHEMISTRY,
21 | LLC, a California Limited Liability Company; THE CARLYLE GROUP, | *[Filed concurrently herewith Notice of Removal; Request for Judicial Notice;*
22 | INC., a California Corporation; CHARLIE SHAVER; an Individual; ' | *Declaration of Ashleigh R. Kasper; Civil Case Cover Sheet; Notice of Party*
23 | SUZANNE M. CARROLL, an Individual; BAHAR AZIMIPOUR, an | *with Financial Interest (Carlyle)]*
24 | Individual;'and DOES 1 through 25, Inclusive,
25 |   Defendant.

27     Comes now Defendant Nouryon Surface Chemistry LLC ("Nouryon"), by

28 counsel, and submits the following Corporate Disclosure Statement in accordance

4867-8494-3881.1
DEFENDANT NOURYON SURFACE CHEMISTRY LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST

with Fed. R. Civ. P. 7.1 and CivLR 40.2. Nouryon states that it is a limited liability company whose sole member is Nouryon Chemicals LLC, and there is no publicly held corporation which owns 10% or more of Nouryon's stock.

DATED:  January 14, 2022                LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Ashleigh R. Kasper
Attorneys for Defendants,  NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR

DATED:  January 14, 2022                THOMPSON HINE LLP

By:       /s/ Megan S. Glowacki
Megan S. Glowacki
Anthony P. McNamara
Attorneys for Defendants,  NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR



4867-8494-3881.1

2

DEFENDANT NOURYON SURFACE CHEMISTRY LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST