1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   ASHLEIGH R. KASPER, SB# 294963
2     E-Mail: Ashleigh.Kasper@lewisbrisbois.com
   633 West 5th Street, Suite 4000
3  Los Angeles, California 90071
   Telephone: 213.250.1800
4  Facsimile: 213.250.7900

5

   **THOMPSON HINE LLP**
6  MEGAN S. GLOWACKI, (*Pro Hac Vice forthcoming*)
      E-Mail: Megan.Glowacki@ThompsonHine.com
7  ANTHONY P. McNAMARA, (*Pro Hac Vice forthcoming*)
      E-Mail: Anthony.McNamara@ThompsonHine.com
8  312 Walnut Street, Suite 2000
   Cincinnati, Ohio 45202
9  Telephone: 513.352.6700
   Facsimile: 513.241.4771
10
   Attorneys for Defendants,
11 NOURYON SURFACE CHEMISTRY,
   LLC, THE CARLYLE GROUP,
12 CHARLIE SHAVER, SUZANNE M.
   CARROLL and BAHAR AZIMIPOUR
13

14
                    UNITED STATES DISTRICT COURT
15
                   SOUTHERN DISTRICT OF CALIFORNIA
16

17

| | |
|---|---|
| DENNIS CRIMMINS, | Case No. **'22 CV 58    BAS BLM** |
| Plaintiff, | **DEFENDANT THE CARLYLE GROUP, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| vs. | |
| NOURYON SURFACE CHEMISTRY, LLC, a California Limited Liability Company; THE CARLYLE GROUP, INC., a California Corporation; CHARLIE SHAVER, an Individual; ' SUZANNE M. CARROLL, an Individual; BAHAR AZIMIPOUR, an Individual;' and DOES 1 through 25, Inclusive, | *[Filed concurrently herewith Notice of Removal; Request for Judicial Notice; Declaration of Ashleigh R. Kasper; Civil Case Cover Sheet; Notice of Party with Financial Interest (Nouryon)]* |
| Defendant. | |

27      Comes now Defendant The Carlyle Group, Inc. ("Carlyle"), by counsel, and

28 submits the following Corporate Disclosure Statement in accordance with Fed. R.

4873-3879-6809.1

DEFENDANT THE CARLYLE GROUP, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST

Civ. P. 7.1 and CivLR 40.2. Carlyle states that it is a publicly traded company, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: January 14, 2022            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Ashleigh R. Kasper
Attorneys for Defendants, NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR

DATED: January 14, 2022            THOMPSON HINE LLP

By:      /s/ Megan S. Glowacki
Megan S. Glowacki
Anthony P. McNamara
Attorneys for Defendants, NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR

