**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ASHLEIGH R. KASPER, SB# 294963
  E-Mail: Ashleigh.Kasper@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**THOMPSON HINE LLP**
MEGAN S. GLOWACKI, (*Pro Hac Vice forthcoming*)
  E-Mail: Megan.Glowacki@ThompsonHine.com
ANTHONY P. McNAMARA, (*Pro Hac Vice forthcoming*)
  E-Mail: Anthony.McNamara@ThompsonHine.com
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Telephone: 513.352.6700
Facsimile: 513.241.4771

Attorneys for Defendants,
NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRIMMINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NOURYON SURFACE CHEMISTRY, LLC, a California Limited Liability Company; THE CARLYLE GROUP, INC., a California Corporation; CHARLIE SHAVER; an Individual; ' SUZANNE M. CARROLL, an Individual; BAHAR AZIMIPOUR, an Individual;'and DOES 1 through 25, Inclusive,<br><br>    Defendant. | Case No. 3:22-cv-00058-BAS-BLM<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>Trial Date:    None Set |

4866-8317-5690.1            Case No. 3:22-cv-00058-BAS-BLM
JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE

# STIPULATION

Plaintiff DENNIS CRIMMINS ("Plaintiff") and Defendants NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, INC., CHARLIE SHAVER, SUZANNE M. CARROLL, and BAHAR AZIMIPOUR (collectively "Defendants" all parties collectively "Parties"), through their respective counsel of record, and based upon good cause and the following facts, hereby agree and stipulate as follows:

WHEREAS, Defendants filed a Notice of Removal on January 14, 2022;

WHEREAS, Defendants contemplate filing a Motion to Dismiss as their responsive pleading;

WHEREAS, Counsel for Plaintiff and Defendants met and conferred telephonically pursuant to Judge Bashant's Standing Order for Civil Cases on January 21, 2022;

WHEREAS, the Parties require additional time to meet and confer concerning DEFENDANTS' responsive pleading;

IT IS HEREBY STIPULATED by the Parties that Defendants' deadline to file a responsive pleading shall be continued from January 21, 2022 to January 28, 2022.

Respectfully submitted,

DATED: January 21, 2022         CANTOR LAW


By: /s/ Zachary Cantor
ZACHARY M. CANTOR
Attorneys for Plaintiff, DENNIS CRIMMINS



| | | |
|---|---|---|
| 1 | DATED:  January 21, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: _____
ASHLEIGH R. KASPER
Attorneys for Defendants,  NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR



# CERTIFICATE OF SERVICE

I hereby certify that, on January 21, 2022, I electronically filed the foregoing **JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

Dated: January 21, 2022

/s/ *Ashleigh Kasper*
Ashleigh R. Kasper

