ZACHARY CANTOR (SBN 270507)
CANTOR LAW
1112 Montana Avenue, Suite C
Santa Monica, CA 90403
T.   310.393.6620
F.   310.393.6680
W.   CantorLawyers.com
Attorney for Plaintiff,
DENNIS CRIMMINS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRIMMINS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NOURYON SURFACE CHEMISTRY, LLC, a California Limited Liability Company; THE CARLYLE GROUP, INC., a California Corporation; CHARLIE SHAVER; an Individual; ' SUZANNE M. CARROLL, an Individual; BAHAR AZIMIPOUR, an Individual;'and DOES 1 through 25, Inclusive,<br><br>　　　　Defendant. | Case No. 3:22-cv-00058-BAS-BLM<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:　　None Set |

**PLEASE TAKE NOTICE THAT** Plaintiff hereby withdraws Plaintiff's Request for Dismissal with Prejudice because the document was filed using the wrong event. Plaintiff will refile using the correct event.

1
2  DATED: February 7, 2022

Respectfully submitted,

CANTOR LAW

By: _____/S/ ZACHARY CANTOR_____
ZACHARY M. CANTOR
Attorneys for Plaintiff, DENNIS CRIMMINS

# CERTIFICATE OF SERVICE

I, Zachary Cantor, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of Los Angeles, California. My business address is: 1112 Montana Avenue, Suite C, Santa Monica, CA 90403

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s): **PLAINTIFFS' NOTICE OF WITHDRAWAL OF REQUEST FOR DISMISSAL WITH PREJUDICE**
on all interested parties, by causing a true copy thereof to be mailed in a sealed envelope with postage thereon fully prepaid, to the address as follows:

LEWIS BRISBOIS BISGAARD & SMITH LLP
ASHLEIGH R. KASPER, SB# 294963
  E-Mail: Ashleigh.Kasper@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
NOURYON SURFACE CHEMISTRY,
LLC, THE CARLYLE GROUP,
CHARLIE SHAVER, SUZANNE M.
CARROLL and BAHAR AZIMIPOUR

[X]   (ELECTRONICALLY) Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 17, 2021 at Santa Barbara, California.

/s/ Zachary Cantor
Zachary Cantor