ZACHARY CANTOR (SBN 270507)
CANTOR LAW
1112 Montana Avenue, Suite C
Santa Monica, CA 90403
T.   310.393.6620
F.   310.393.6680
W.  CantorLawyers.com
Attorney for Plaintiff,
DENNIS CRIMMINS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRIMMINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NOURYON SURFACE CHEMISTRY, LLC, a California Limited Liability Company; THE CARLYLE GROUP, INC., a California Corporation; CHARLIE SHAVER; an Individual; ' SUZANNE M. CARROLL, an Individual; BAHAR AZIMIPOUR, an Individual;'and DOES 1 through 25, Inclusive,<br><br>    Defendant. | Case No. 3:22-cv-00058-BAS-BLM<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:        None Set |

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned hereby requests the dismissal of Defendants THE CARLYLE GROUP, INC., CHARLIE SHAVER, SUZANNE M. CARROLL, and BAHAR AZIMIPOUR with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing these Defendants with prejudice, with each party to bear its own attorneys' fees and costs.

Case No. 3:22-cv-00058-BAS-BLM

REQUEST FOR DISMISSAL

1                                                      Respectfully submitted,

2 DATED: February 4, 2022      CANTOR LAW

3

4

5                                       By:     /S/ ZACHARY CANTOR

6                                               ZACHARY M. CANTOR
                                              Attorneys for Plaintiff, DENNIS

7                                               CRIMMINS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

I, Zachary Cantor, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of Los Angeles, California. My business address is: 1112 Montana Avenue, Suite C, Santa Monica, CA 90403

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the following document(s):  **REQUEST FOR DISMISSAL WITH PREJUDICE** on all interested parties, by causing a true copy thereof to be mailed in a sealed envelope with postage thereon fully prepaid, to the address as follows:

LEWIS BRISBOIS BISGAARD & SMITH LLP
ASHLEIGH R. KASPER, SB# 294963
  E-Mail: Ashleigh.Kasper@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants,
NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR

[X]   (ELECTRONICALLY) Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty under perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 17, 2021 at Santa Barbara, California.

/s/ Zachary Cantor
Zachary Cantor