| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>ASHLEIGH R. KASPER, SB# 294963 |
| 2 |   E-Mail: Ashleigh.Kasper@lewisbrisbois.com<br>633 West 5th Street, Suite 4000 |
| 3 | Los Angeles, California 90071<br>Telephone: 213.250.1800 |
| 4 | Facsimile: 213.250.7900 |

**THOMPSON HINE LLP**
MEGAN S. GLOWACKI, (*Pro Hac Vice forthcoming*)
  E-Mail: Megan.Glowacki@ThompsonHine.com
ANTHONY P. McNAMARA, (*Pro Hac Vice forthcoming*)
  E-Mail: Anthony.McNamara@ThompsonHine.com
312 Walnut Street, Suite 2000
Cincinnati, Ohio 45202
Telephone: 513.352.6700
Facsimile: 513.241.4771

Attorneys for Defendants,
NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRIMMINS,<br><br>      Plaintiff,<br><br>    vs.<br><br>NOURYON SURFACE CHEMISTRY, LLC, a California Limited Liability Company; THE CARLYLE GROUP, INC., a California Corporation; CHARLIE SHAVER; an Individual; ' SUZANNE M. CARROLL, an Individual; BAHAR AZIMIPOUR, an Individual;' and DOES 1 through 25, Inclusive,<br><br>      Defendant. | Case No. 3:22-cv-00058-BAS-BLM<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>Trial Date:    None Set |



4871-6020-5071.2        Case No. 3:22-cv-00058-BAS-BLM
JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE

# STIPULATION

Plaintiff DENNIS CRIMMINS ("Plaintiff") and Defendants NOURYON SURFACE CHEMISTRY, LLC ("Nouryon"), THE CARLYLE GROUP, INC., CHARLIE SHAVER, SUZANNE M. CARROLL, and BAHAR AZIMIPOUR (collectively "Defendants" all parties collectively "Parties"), through their respective counsel of record, and based upon good cause and the following facts, hereby agree and stipulate as follows:

WHEREAS, Defendants filed a Notice of Removal on January 14, 2022;

WHEREAS, Defendants contemplated filing a Motion to Dismiss as their responsive pleading and did so file on January 28, 2022;

WHEREAS, Counsel for Plaintiff and Defendants thereafter met and conferred and agreed that Plaintiff would dismiss The Carlyle Group, Inc., Charlie Shaver, Suzanne M. Carroll, and Bahar Azimipour with prejudice and that Defendants would withdraw their Motion to Dismiss;

WHEREAS, Plaintiff filed his voluntary dismissals with prejudice on February 8, 2022 and Defendants filed their Notice of Withdrawal of Motion to Dismiss on February 8, 2022;

WHEREAS, certain of Defendant Nouryon's witnesses are currently out of the country, making it difficult for Defendant Nouryon to respond to each allegation in Plaintiff's Complaint as required for the Answer, and thus require additional time to complete the Answer;

IT IS HEREBY STIPULATED by the Parties that Defendant Nouryon's deadline to file its Answer shall be continued from February 18, 2022 to March 4, 2022.

Respectfully submitted,



| | | |
|---|---|---|
| 1 | DATED:  February 18, 2022 | CANTOR LAW |
| 4 | | By: ___/s/ *Zachary Cantor*___ |
| 5 | | ZACHARY M. CANTOR |
| | | Attorneys for Plaintiff, DENNIS CRIMMINS |
| 7 | DATED:  February 18, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 10 | | By: ___/s/ *Ashleigh Kasper*___ |
| 11 | | ASHLEIGH R. KASPER |
| | | Attorneys for Defendants, NOURYON SURFACE CHEMISTRY, LLC, THE CARLYLE GROUP, CHARLIE SHAVER, SUZANNE M. CARROLL and BAHAR AZIMIPOUR |

# CERTIFICATE OF SERVICE

I hereby certify that, on February 18, 2022, I electronically filed the foregoing **JOINT STIPULATION TO EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

Dated: February 18, 2022 　　　　　　　　　　　　　*/s/ Ashleigh Kasper*
　　　　　　　　　　　　　　　　　　　　　　　　　Ashleigh R. Kasper