AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| Dennis Crimmins )<br>*Plaintiff* )<br>v. )<br>Nouryon Surface Chemistry, LLC, et al. )<br>*Defendant* ) | Case No.  3:22-cv-00058-BAS-BLM |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants' Nouryon Surface Chemistry, LLC, The Carlyle Group, Inc., Charlie Shaver, Suzanne Carroll, and Bahar Azimipour.

Date:  02/23/2022

*Attorney's signature*

Timothy James Watson; SBN #131650
*Printed name and bar number*

550 W C St Suite 1700, San Diego, CA 92101
*Address*

Tim.Watson@lewisbrisbois.com
*E-mail address*

(619) 233-1006
*Telephone number*

(619) 233-8627
*FAX number*

# FEDERAL COURT PROOF OF SERVICE
*Dennis Crimmins v. Nouryon Surface Chemistry, LLC, et al.*
Case No. 22-cv-00058-BAS-BLM

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 1700, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 23, 2022, I served the following document(s):

**APPEARANCE OF COUNSEL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Zachary M. Cantor, Esq.
CANTOR LAW
1112 Montana Ave, Ste C
Santa Monica, CA 90403-1667
Tel: 310-393-6620
Fax: 310-393-6680
Email: zachary@cantorlawyers.com
Attorneys for Plaintiff DENNIS CRIMMINS

☒   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on February 23, 2022, at San Diego, California.

*Loreen von Stockhausen*
Loreen von Stockhausen