# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRIMMINS,<br><br>                Plaintiff,<br><br>  v.<br><br>NOURYON SURFACE CHEMISTRY LLC, *et al.*,<br><br>                Defendants. | Case No. 22-cv-0058-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND**<br><br>**[ECF No. 15]** |

Before the Court is the parties' second joint motion to extend the deadline by which Defendants must respond to the Complaint (Compl., Ex. 1 to Kasper Decl. in Support of Removal, ECF No. 1-2). (Joint Mot., ECF No. 15.) Having reviewed the parties' submission, and good cause appearing, this Court **GRANTS** the Joint Motion. Defendants shall respond to the Complaint **by no later than March 4, 2022**

     **IT IS SO ORDERED.**

**DATED: February 24, 2022**

                                                              Hon. Cynthia Bashant
                                                             United States District Judge