# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRIMMINS,<br><br>        Plaintiff,<br><br> v.<br><br>NOURYON SURFACE CHEMISTRY LLC, *et al.*,<br><br>        Defendants. | Case No. 22-cv-0058-BAS-BLM<br><br>**ORDER GRANTING RULE 41(a)(1) MOTION TO DISMISS**<br><br>**[ECF No. 9]** |

  Before the Court is Plaintiff's motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a) to dismiss with prejudice from this action Defendants The Carlyle Group, Inc., Charlie Shaver, Suzanne M. Carroll, and Bahar Azimipour . (Mot., ECF No. 9.)

  Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A

1  dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P. 41(a)(1)(B).

Here, Plaintiff seeks dismissal pursuant to Rule 41(a)(1)(A)(i), by filing a notice of dismissal prior to Defendants' answering or otherwise responding to the Complaint. Having considered the request, the Court **GRANTS** Plaintiff's Motion.[1]  (ECF No. 9.) Thus, the Court **DISMISSES WITH PREJUDICE** the action against the above-mentioned Defendants.  Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: February 28, 2022

Hon. Cynthia Bashant
United States District Judge

---

[1] Nothing herein affects Plaintiff's claims against the remaining Defendant, Nouryon Surface Chemistry LLC.