# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE RUTH BERMUDEZ MONTENEGRO | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Cynthia Bashant to the calendar of the Honorable Ruth Bermudez Montenegro. After this transfer, the case number should be changed to reflect the initials of Judge Montenegro. Therefore, in all case numbers, the "BAS" that appears after the case number should be changed to "RBM." The assigned magistrate judge will remain the same. This change should be made on future filings to ensure that documents are properly sent to Judge Montenegro. All pending dates—whether before Judge Bashant or any magistrate judge—shall remain unchanged.

1. 20cv0457, *The Estate of Michael Wilson et al v. County of San Diego et al*
2. 20cv1304, *Veterans Rideshare, Inc. et al v. Navistar International Corporation et al*
3. 21cv0518, *Abiding Place Ministries v. Newsom et al*
4. 21cv1519, *Castillo v. Alere North America, Inc. et al*

1      5.      21cv1794, *Anderberg v. The Hain Celestial Group, Inc.*

2      6.      21cv1846, *Perez v. The Geo Group, Inc. et al*

3      7.      21cv1909, *Gopher Media LLC et al v. Melone et al*

4      8.      22cv0028, *Solar Integrated Roofing Corp. v. Ballew et al*

5      9.      22cv0037, *Michael Grecco Productions, Inc. v. PicClick, Inc. et al*

6      10.      22cv0058, *Crimmins v. Shaver et al*

7-8      11.      22cv0299, *Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 70.95.123.32*

**IT IS SO ORDERED.**

**DATED: April 7, 2022**

Hon. Cynthia Bashant
United States District Judge