# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CRIMMINS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NOURYON SURFACE CHEMISTRY, LLC AND DOES 1-25,<br><br>　　　　　　　　　　Defendant. | Case No.:   22CV58-RBM (BLM)<br><br>**ORDER RESETTING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

　　　Due to a conflict on the Court's calendar, the Early Neutral Evaluation ("ENE") and Case Management Conference originally scheduled for April 25, 2022 at 9:30 a.m. are hereby **RESET** to **April 25, 2022** at **2:00 p.m.**

　　　All other guidelines and requirements remain in effect.  See ECF No. 23.

　　　**IT IS SO ORDERED**.

Dated: 4/12/2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Barbara L. Major*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge